**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| PLASTIC ACQUISITION, INC., | Case No. 13-_____ (___) |
| FORTIS PLASTICS, LLC, | Case No. 13-_____ (___) |
| FORTIS MEXICO HOLDINGS, LLC, | Case No. 13-_____ (___) |
| Debtors. | |

**MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER APPROVING AN
EXTENSION OF THE TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENT OF FINANCIAL AFFAIRS**

The above-captioned debtors in the above-captioned cases (the "**Debtors**") file this motion of the Debtors for entry of an order approving an extension of the Debtors' time to file their schedules of assets and liabilities and statement of financial Affairs (the "**Motion**").  In further support, the Debtors respectfully represent as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue of these cases and this Motion is proper in this district and before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2.      On December 27, 2013 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "**Court**") commencing the above-captioned chapter 7 cases (the "**Cases**").

## RELIEF REQUESTED AND BASIS FOR RELIEF

3.      The Debtors respectfully request that this Court grant them an extension of

approximately fourteen (14) days, to and including January 24, 2013, to file their respective Schedules and Statements (defined below).  The relief requested in this Motion is authorized under 11 U.S.C. § 521 and may be implemented in accordance with Rules 1007 and 9006(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 1007-1(a) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

4.      Section 521 of the Bankruptcy Code and Bankruptcy Rule 1007 require the Debtors to file their Schedules of Assets and Liabilities and Statement of Financial Affairs (collectively, the "**Schedules and Statements**") within fourteen (14) days after the Petition Date. Bankruptcy Rule 1007 provides that an extension of time for filing of the Schedules and Statements may be granted "on a motion for cause shown."  Similarly, Local Rule 1007-1(b) provides that an extension of the time to file Schedules and Statements "shall be granted, for cause . . . upon filing of a motion by the debtor . . . ."  Finally, section 105(a) of the Bankruptcy Code grants this Court broad authority to issue any order that is necessary and appropriate to carry out the provision of the Bankruptcy Code.

5.      The Debtors submit that under the circumstances of the Debtors' Cases, good and sufficient cause exists to extend the deadline to file their Schedules and Statements.  Because the Debtors ceased operations, and terminated all employees, the Debtors' representatives do not anticipate being able to assemble all of the information necessary to complete and file the Schedules and Statements within the required time limit.  Yet the Debtors and their representatives are diligently reviewing and compiling the relevant documentation.  Granting the Debtors additional time to bring their books and records up to date and collect the data needed to prepare and file the Schedules and Statements will greatly enhance the accuracy of the Schedules

2

and Statements and the Court's ability to efficiently administer these Cases.  Thus, the Debtors

seek an extension of the period in which to complete and file the Schedules and Statements as

required by section 521 of the Bankruptcy Code and Bankruptcy Rule 1007.

6.       In light of the circumstances enumerated above, the Debtors assert that cause

exists for an extension of the deadline to file the Schedules and Statements.   Additionally, the

Debtors seek such an extension without prejudice and reserve their right to seek further

extensions from the Court if necessary.

## NOTICE

7.       Notice of this Motion has been provided to: (i) the Office of the United States

Trustee; (ii) the Internal Revenue Service; (iii) the Office of the United States Attorney for the

District of Delaware; (iv) the Securities and Exchange Commission; (v) the Chapter 7 trustee

appointed in these Cases; (vi) all creditors on each Debtor's creditor matrix; and (vii) all parties

requesting notice.  In light of the nature of the relief requested, the Debtors submit that no further

notice is necessary.

## NO PRIOR REQUEST

8.       The Debtors have made no prior request for the relief sought in this Motion to this

or any other court.

**WHEREFORE**, the Debtors request fully request that this Court entered the proposed order attached as <u>Exhibit A</u>, extending the Debtors' time to file their respective Schedules and Statements until December 23, 2013, and grant any other further relief as is just and proper.

Dated:  December 27, 2013
        Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

*/s/ Christopher A. Ward*

Christopher A. Ward (Del. Bar No. 3877)
Jarrett Vine (Del. Bar. No. 5400)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jvine@polsinelli.com

COUNSEL TO THE DEBTORS

**<u>Exhibit A</u>**

**(Proposed Order)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| PLASTIC ACQUISITION, INC., | Case No.  13-_____ (___) |
| FORTIS PLASTICS, LLC, | Case No.  13-_____ (___) |
| FORTIS MEXICO HOLDINGS, LLC, | Case No.  13-_____ (___) |
| Debtors. | **Re: D.I. ___** |

**ORDER GRANTING THE MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER
APPROVING AN EXTENSION OF THE TIME TO FILE SCHEDULES OF ASSETS
AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

Upon the motion of the Debtors for an extension of the time within which the Debtors

may file their respective Schedules and Statements[2] (the "**Motion**"); and it appearing that the

Court has jurisdiction over this matter; and it appearing that due notice of the Motion has been

provided as set forth in the Motion, and that no other or further notice need be provided; and it

further appearing that the relief requested in the Motion is in the best interests of the Debtors,

their estates and their creditors; and after due deliberation and sufficient cause appearing, it is

**ORDERED**:

1.      The time within which the Debtors shall file their respective Schedules and

Statements is extended pursuant to Bankruptcy Rule 1007(c) to and including January 24, 2013.

2.      This extension is without prejudice to the Debtors' right to seek further extensions

of time to prepare and file their respective Schedules and Statements.

---

[2] Capitalized terms not otherwise defined in this Order have the same meaning ascribed to them in the Motion.

46718277.1

3.      This Court shall retain jurisdiction to hear all matters arising from or related to

implementation of this Order.

Dated: December ___, 2013
       Wilmington, Delaware                    _____

                                            United States Bankruptcy Judge

2